September 03, 2004

Mr. Reagan W. Simpson
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002-5213

Mr. John Griffin Jr.
Houston Marek & Griffin, L.L.P.
P. O. Box 2329
Victoria, TX 77902-2329
Mr. David Roberts
Garner, Roberts & Roberts
P. O. Box 9
Port Lavaca, TX 77979

Ms. Christa Brown
P.O. Box 162714
Austin, TX 78716-2714

RE: Case Number: 02-0381
 Court of Appeals Number: 13-00-00466-CV
 Trial Court Number: 97-CV-255

Style: F.F.P. OPERATING PARTNERS, L.P. D/B/A MR. CUT RATE #602
 v.
 XAVIER DUEÑEZ, AND WIFE, IRENE DUEÑEZ, INDIVIDUALLY AND AS NEXT FRIENDS OF ASHLEY DUEÑEZ,
 CARLOS DUEÑEZ, AND PABLO DUEÑEZ, MINORS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and judgment in the above-
referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc: |Ms. Cathy Wilborn |
| |Ms. Marlene Paul |